*MADE JS-6*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EBS INVESTMENTS, INC. dba SEVERN WHOLESALE, and STATE AUTOMOBILE MUTUAL INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>INTRANSIT, INC. dba UTI TRANSPORT SOLUTIONS; B&N INC.; VAN LOGISTICS CORPORATION dba VAN LOGISTICS WORLDWIDE; and PABLO CAMPOS dba CAMPOS TRUCKING, and Does 1 through 15,<br><br>Defendants.<br><br>AND RELATED ACTIONS | Case No. CV 11-9569-GW(JEMx)<br><br>**ORDER DISMISSING ENTIRE CASE AND ALL CAUSES OF ACTION, WITH PREJUDICE** |

By stipulation of the parties hereto, it is HEREBY ORDERED that this action, including all Cross-claims, is DISMISSED WITH PREJUDICE, each party to bear its own fees and costs.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 12, 2012

United States District Judge
Honorable George H. Wu

---

[PROPOSED] ORDER DISMISS ENTIRE CASE AND ALL CAUSES OF ACTION, WITH PREJUDICE
Case No. 2:11-cv-09569-GW-JEM; File No. 5720.66